USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 4 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
IN RE 650 FIFTH AVENUE AND           :       08 Civ. 10934 (KBF)
RELATED PROPERTIES                         :       and all member and
                                                              :       related cases
                                                              :
                                                              :       ORDER
                                                              :
------------------------------------------------------------X

KATHERINE B. FORREST, District Judge:

The Court is considering whether to hold the motion of the Djhanbani, Vahabzedeh, Khosrowshahi, and Khoshkish claimants for a determination of the validity and priority of their claims (ECF No. 368), as well as the Government's motion to dismiss those claims (ECF No. 383), in abeyance pending the outcome of the September 2013 trial. It is hereby

ORDERED that, not later than <u>5:00 p.m., Thursday, June 27, 2013</u>, any party wishing to express a position as to whether the Court needs to resolve these motions prior to trial shall submit a letter (by PDF attachment to <u>ForrestNYSDChambers@nysd.uscourts.gov</u>, copying all counsel). The Court notes that it generally does not refer pretrial matters to magistrate judges, so the letter submissions should not suggest such a referral.

SO ORDERED.

Dated:      New York, New York
                June 24, 2013

                                                                                _____
                                                                                KATHERINE B. FORREST
                                                                                United States District Judge