```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
IN RE 650 FIFTH AVENUE AND                                  :
RELATED PROPERTIES                                          :
                                                            :
                                                            :
                                                            :
------------------------------------------------------------ X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

In its letter response dated August 13, 2013, to the Alavi Claimants' motion to compel OFAC documents, the Government indicates it "expects to provide the Court with an ex parte submission so the Court may evaluate the basis of OFAC's law enforcement privilege and deliberative process privilege assertions." It is therefore

ORDERED that the Government shall make its ex parte submission as regards the OFAC documents not later than 5:00 p.m., Wednesday, August 21, 2013. If this is not feasible, the Government shall submit a letter by Monday, August 18, 2013, proposing the earliest alternate date when it could make this submission.

SO ORDERED.

Dated:      New York, New York
            August 16, 2013

                                            _____
                                                KATHERINE B. FORREST
                                              United States District Judge