```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 9 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE 650 FIFTH AVENUE AND
RELATED PROPERTIES

------------------------------------------------------------X

08 Civ. 10934 (KBF)
and all member and
related cases

ORDER

KATHERINE B. FORREST, District Judge:

The conference scheduled for Friday, September 20, 2013, at 4:00 p.m. is rescheduled to September 20 at 11:30 a.m.

The Court prefers that counsel who intend to have a prominent speaking role at the conference attend in person. However, any parties who cannot attend in person shall call the Court (212-805-0139) from a single line at the time of the call. In addition, prior to the call, the party organizing the call is directed to file a letter on ECF containing the dial-in information.

SO ORDERED.

Dated:   New York, New York
         September 19, 2013

                                             K. B. Forrest
                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge