

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 22, 2013

**BY ECF AND E-MAIL (ForrestNYSDChambers@nysd.uscourts.gov)**

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 2 5 2013
```

   Re: **In Re: 650 Fifth Avenue and Related Properties,**
      **08 Civ. 10934 (KBF)**

Dear Judge Forrest:

   The Government respectfully submits this letter to request an extension of time to respond to the petition pursuant to 18 U.S.C. § 983(g) submitted yesterday by claimants the Alavi Foundation and 650 Fifth Avenue Company (collectively, "Claimants"). *See* 11/21/2013 Letter to Hon. Katherine B. Forrest from Daniel S. Ruzumna (ECF D.E. 1019). The Government respectfully requests until Thursday, December 12, 2013 to oppose Claimants' petition.

   Claimants' petition, although filed by way of a letter, is a substantive civil petition that the Government ordinarily would have fourteen days to oppose. *See* S.D.N.Y. Local Civil Rule 6.1(b). Thus, the Government's opposition would be due on Friday, December 6, 2013. However, due to the Thanksgiving holiday next week, undersigned counsel requests an extension of six days, making the Government's opposition due on Thursday, December 12, 2013. Counsel for Claimants consents to the Government's application. If the Government's application is granted, Claimants' reply would be due seven days later, on Thursday, December 19, 2013.

>                       Respectfully submitted,
>
>                       PREET BHARARA
>                       United States Attorney for the
>                       Southern District of New York
>
> By:                   /s/ Anand Sithian
>                       Sharon Cohen Levin
>                       Michael D. Lockard
>                       Martin S. Bell
>                       Carolina A. Fornos
>                       Assistant United States Attorneys
>                       Anand Sithian
>                       Special Assistant United States Attorney
>                       (212) 637-1060/2193/2463/2740/1085

cc:    Counsel of Record

*Ordered*

Application granted.

11/25/13        K. B. F.
                USDJ